IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2007 FEB 13  PM 12: 07

TX EASTERN-MARSHALL

| | | |
|---|---|---|
| WHITNEY GUILLORY | § | |
| | § | |
| **Plaintiff** | § | BY_____ |
| | § | |
| v. | § | **CIVIL NO. 2:07cv027** |
| | § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT | § | **JURY DEMANDED** |
| and | § | |
| CARROL THOMAS, Superintendent | § | **JUDGE WARD** |
| and | § | |
| FERGUSON PARKER, JR., | § | |
| Former Band Director | § | |
| | § | |
| **Defendants** | § | |

**DEFENDANT FERGUSON PARKER, JR's**
**ORIGINAL ANSWER INCLUDING DEFENSES**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Defendant, Ferguson Parker, Jr., pro se, and files this his Original

Answer Including Defenses and in support thereof would show the following:

I.

Answer

1    For purposes of this Answer, Defendant Parker denies the allegations set forth in

Plaintiff's Complaint ¶ I., Sec. 1

2.    For purposes of this Answer, Defendant Parker denies jurisdiction alleged in

Plaintiff's Complaint ¶ II., Sec. 4.

3    For purposes of this Answer, Defendant Parker denies jurisdiction alleged in

Plaintiff's Complaint ¶ II., Sec. 5.

4.    For purposes of this Answer, Defendant Parker denies the allegation he has a

propensity for sexually abusing children as set forth in Plaintiff's Complaint ¶ III., Sec. 7.

5.     For purposes of this Answer, Defendant Parker denies the allegation he has a propensity for sexually abusing children as set forth in Plaintiff's Complaint ¶ III., Sec. 8.

6.     For purposes of this Answer, Defendant Parker denies he is represented by an attorney in this matter as set forth in Plaintiff's Complaint ¶ III., Sec. 9

7.     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 10.

8.     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 11.

9.     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 13.

10     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV , Sec. 14.

11     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV , Sec. 15

12     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV , Sec. 16.

13.    For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV , Sec. 17.

14.    For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV , Sec. 18.

15.    For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV , Sec. 19.

16.     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 21.

17.     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 22.

18.     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 24

19.     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 25

20.     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 26

21      For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 27.

22.     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 28

23.     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 29

24      For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 30

25      For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 31.

26.     For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 32.

27.     For purposes of this Answer, Defendant Parker denies the allegations as set forth

in Plaintiff's Complaint ¶ IV., Sec. 33.

28    For purposes of this Answer, Defendant Parker denies the allegations as set forth
in Plaintiff's Complaint ¶ IV., Sec. 35.

29.    For purposes of this Answer, Defendant Parker denies the allegations as set forth
in Plaintiff's Complaint ¶ IV , Sec. 36.

30.    For purposes of this Answer, Defendant Parker denies the allegations as set forth
in Plaintiff's Complaint ¶ IV., Sec. 37.

31.    For purposes of this Answer, Defendant Parker denies the allegations as set forth
in Plaintiff's Complaint ¶ IV., Sec. 38

32.    For purposes of this Answer, Defendant Parker denies the allegations as set forth
in Plaintiff's Complaint ¶ IV , Sec. 39.

33.    For purposes of this Answer, Defendant Parker denies the allegations as set forth
in Plaintiff's Complaint ¶ V., Sec. 40.

34.    For purposes of this Answer, Defendant Parker denies the allegations as set forth
in Plaintiff's Complaint ¶ V , Sec. 41.

35.    For purposes of this Answer, Defendant Parker denies the allegations as set forth
in Plaintiff's Complaint ¶ V., Sec. 42

36.    For purposes of this Answer, Defendant Parker denies the allegations as set forth
in Plaintiff's Complaint ¶ V., Sec. 43.

37.    For purposes of this Answer, Defendant Parker denies the allegations as set forth
in Plaintiff's Complaint ¶ V., Sec. 45.

38.    For purposes of this Answer, Defendant Parker denies the allegations as set forth
in Plaintiff's Complaint ¶ V., Sec. 46.

<u>Defenses</u>

34.    Plaintiff's Complaint, in whole or part, fails to state a cause of action.


Respectfully submitted,

Ferguson Park, Jr.
5750 Sunbird
Beaumont, Texas 77708


## **Certificate of Service**

This is to certify that on _February 12th_ , 2007, a true and correct copy of the above

and foregoing document was served on Timothy B. Garrigan, P.O. Box 631902, Nacogdoches, Texas

75963-1902, via CM/RRR

Ferguson Parker, Jr.